# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ANITA DEAN, | : | |
| Plaintiff, | : | |
| v. | : | CA 13-00487-C |
| SEARS, ROEBUCK AND CO., d/b/a SEARS ESSENTIALS; and LAUREN HENDERSON, | : : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Remand (doc. 10) be and the same hereby is **GRANTED**, and, as such, this case be **REMANDED** to the Circuit Court of Mobile County, Alabama from whence it came.

**DONE** this the 7th day of March 2014.

                                  s/WILLIAM E. CASSADY
                                  **UNITED STATES MAGISTRATE JUDGE**